IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEANNE M. STERNER, WILLIAM M. JELSOMENO, and WILLIAM M. JELSOMENO and JEANNE M. STERNER REVOCABLE LIVING TRUST, | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 4:10cv658 (Judge Clark/Judge Mazzant) |
| CHASE HOME FINANCE, LLC and JPMORGAN CHASE BANK, N.A., | § § § § | |
| *Defendants.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC's Motion for Judgment on the Pleadings [Doc. #33] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC's Motion for Judgment on the Pleadings [Doc. #33] is GRANTED, and Plaintiffs' case is DISMISSED with prejudice.

So **ORDERED** and **SIGNED** this **20** day of **July, 2012.**

_____
Ron Clark, United States District Judge